PROB 12C
(6/16)

Report Date: January 25, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 25, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rosendo Gabriel Ramos         Case Number: 0980 1:18CR02040-SAB-2

Address of Offender:                                           Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 6, 2019

Original Offense:   Distribution of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C)

Original Sentence:   Prison - 475 days             Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:   Ian Garriques              Date Supervision Commenced: November 6, 2019

Defense Attorney:      Richard A. Smith           Date Supervision Expires: November 5, 2022

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Ramos is considered to be in violation of his supervised release conditions by being arrested on January 13, 2021, on the charge of manufacture, deliver, or possess with intent to manufacture or deliver, a controlled substance, Yakima County Superior Court cause number 21-1-00088-39.

On November 7, 2019, Mr. Ramos was given a copy of his judgment. In addition, his conditions of supervision were explained to him. Mr. Ramos signed his judgment reflecting he understood his conditions fully.

Per the declaration of probable cause in Yakima County Superior Court cause number 21-1-00088-9, on January 13, 2021, in the State of Washington, Yakima County, at 402 Butterfield Road and 2205 Butterfield Road trailer number 202, Michael A. Cervantes (12/27/1989), Rosendo G. Ramos (03/24/1973) and Susana Gutierrez (03/16/1964) were arrested for possession with intent to distribute marijuana, in violation of RCW 69.50.401 (2)( c).

Prob12C
**Re: Ramos, Rosendo Gabriel**
**January 25, 2021**
**Page 2**

Since November 2020, Detective Delp and the Law Enforcement Against Drugs (LEAD) Task Force, with the use of a confidential source of information (Cl) whom has been found credible and reliable, have been purchasing prepackaged marijuana from Michael A. Cervantes and Rosendo G. Ramos. Both suspects had been identified byDetective Delp, via Spillman booking photos, during the course of these buys.

With evidence and information obtained through these controlled buys of marijuana, Detective Delp established probable cause to apply for search warrants for Mr. Cervantes' residence at 402 Butterfield Road and Mr. Ramos' residence at 2205 Butterfield Road, trailer number 202; both of which are in Yakima County, Washington.

Detective Delp applied for and was granted judicial approval from the Honorable Yakima County Superior Court Judge Elizabeth Tutsch to enter the aforementioned addresses to look for evidence of violations of the uniformed controlled substance act (VUCSA), RCW 60.50.et seq.

On January 13, 2021, law enforcement executed search warrants at the properties. At Mr. Cervantes' residence, 333 grams (.71 pounds) of prepackaged, processed marijuana was located.

At Mr. Ramos' residence multiple items of dominion and control were located for both Ramos and his live-in girlfriend, Susana Gutierrez. In a safe inside that residence, 158 grams (0.35 pounds) of prepackaged, processed marijuana, 942 grams (2.08 pounds) of prepackaged, edible marijuana products, and 22.1 pounds of prepackaged, concentrated marijuana oil were located.

In the same room as the safe that contained all of the illegal marijuana were family pictures of Mr. Gutierrez, to include pictures of Mr. Cervantes and his extended family. Ms. Gutierrez verified to Detective Delp that Mr. Cervantes was her son.  Mr. Ramos was advised of his Miranda Warnings by Detective Delp.  Post Miranda, Mr. Ramos advised he had been forced by Mr. Cervantes and his mother, Ms. Gutierrez, to help them store and distribute marijuana in Yakima County.

Based off  the above-mentioned evidence and information, Detective Delp completed a Suspect Information Requests (SIR) for the arrest of Mr. Cervantes, Mr. Ramos, and Ms. Gutierrez  for possession with intent to distribute marijuana.  All three were booked into the Yakima County Jail.

On January 14, 2021, Mr. Ramos made a preliminary appearance in Yakima County Superior Court for cause number 21-1-00088-39, and bail was set at $5,000. On January 15, 2021, Mr. Ramos posted bail and was released from custody pending his arraignment on January 28, 2021.

Prob12C
**Re: Ramos, Rosendo Gabriel**
**January 25, 2021**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/25/2021

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian* (signature)

Signature of Judicial Officer

1/25/2021

Date